## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sidney I. Schenkier | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 854 - 1 | **DATE** | 12/27/2007 |
| **CASE TITLE** | United States of America vs. Juan Salazar-Soto | | |

**DOCKET ENTRY TEXT**

Initial appearance held. Defendant appears in response to arrest on 12/27/07. Defendant informed of rights. The Court finds that the defendant is unable to afford counsel. The Court appoints Federal Defender Program, Mary Judge, as counsel for the defendant. Enter order appointing Mary Judge as counsel for defendant. Government moves for detention. The defendant does not contest detention. The government's oral motion for detention is granted without prejudice or findings. Defendant waives detention hearing without prejudice to defendant's right to move for pretrial release on conditions at a later time. The defendant will be detained in custody pending trial or order of the Court. The defendant waives preliminary examination. The Court enters a finding of probable cause; the defendant is ordered bound to the U.S. District Court for further proceedings.

Docketing to mail notices.

00:20