# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev. 5/98)

IN UNITED STATES: [X] MAGISTRATE  [ ] DISTRICT  [ ] APPEALS COURT or  [ ] OTHER PANEL (Specify below)

IN THE CASE OF: U.S. vs. JUAN Salazar-Soto
FOR: N.D. of IL
AT: CHGO

LOCATION NUMBER: ____

PERSON REPRESENTED (Show your full name): Mr. Juan Salazar-Soto

1. [X] Defendant – Adult
2. [ ] Defendant – Juvenile
3. [ ] Appellant
4. [ ] Probation Violator
5. [ ] Parole Violator
6. [ ] Habeas Petitioner
7. [ ] 2255 Petitioner
8. [ ] Material Witness
9. [ ] Other (Specify)

CHARGE/OFFENSE (describe if applicable & check box): [X] Felony  [ ] Misdemeanor

DOCKET NUMBERS
Magistrate: ____
District Court: 07CR854-1
Court of Appeals: ____

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### ASSETS

**EMPLOYMENT**
Are you now employed? [ ] Yes  [X] No  [ ] Am Self Employed
Name and address of employer: ____
IF YES, how much do you earn per month? $ ____
IF NO, give month and year of last employment. How much did you earn per month? $ ____
If married is your Spouse employed? [ ] Yes  [X] No
IF YES, how much does your Spouse earn per month? $ ____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? [ ] Yes  [X] No
RECEIVED / SOURCES
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY $ ____ THE SOURCES ____

**CASH**
Have you any cash on hand or money in savings or checking account [ ] Yes  [X] No  IF YES, state total amount $ ____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? [ ] Yes  [X] No
VALUE / DESCRIPTION
IF YES, GIVE THE VALUE AND DESCRIBE IT $ ____

### OBLIGATIONS & DEBTS

**DEPENDENTS**
MARITAL STATUS: [X] SINGLE  [ ] MARRIED  [ ] WIDOWED  [ ] SEPARATED OR DIVORCED
Total No. of Dependents: 0
List persons you actually support and your relationship to them: ____

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| Apartment | | $ | $ 550.00 |
| Utilities | | $ | $ 450 |
| | | $ | $ |
| | | $ | $ |



FILED
DEC 27 2007
12-27-07
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 12-27-07

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): Tomas Villalobos