AUSA Maureen Merin (312) 353-1457

# UNITED STATES DISTRICT COURT

CH

___NORTHERN___ DISTRICT OF ___ILLINOIS, EASTERN DIVISION___

UNITED STATES OF AMERICA

v.

JUAN SALAZAR-SOTO

also known as "Tomas Villalobos-Gonzalez";
and "Martin Perez-Garcia"

**FILED**

JAN 04 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**WARRANT FOR ARREST**

**CASE NUMBER: 07-CR-0854**

To:   The United States Marshal
      and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___JUAN SALAZAR-SOTO___
                                                         Name
and bring him or her forthwith to the nearest magistrate to answer a(n)

___Indictment   ___Information   _x_ Complaint   ___Order of court   ___Violation Notice   ___Probation Violation Petition

charging him or her with  (brief description of offense)

being an alien, who previously had been deported and removed from the United States on or about May 27, 2006, March 26, 1992, May 10, 1991, February 7, 1985, and August 15, 1984, and who was found in the United States without previously having obtained the express consent of the Secretary of the Department of Homeland Security, for reapplication by defendant for admission into the United States;

in violation of Title _8, United States Code, Sections 1326(a) and (b)(2); and Title 6, United States Code, Section 202(4)._

___SIDNEY I. SCHENKIER___
Name of Issuing Officer

X_____
Signature of Issuing Officer

___U.S. MAGISTRATE JUDGE___
Title of Issuing Officer

___DECEMBER 20, 2007___
Date and Location

_____
(By) Deputy Clerk

Bail fixed at $ _____ by _____
                                                         Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _Chicago, IL_ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| | Francisco Trevino | |
| DATE OF ARREST | | |
| 1/2/08 | Deportation Officer | |