UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JUDGE HIBBLER

**FILED**

JAN 1 7 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 07 CR 854 |
| vs. ) | |
| ) | Violation: Title 8, United States Code. |
| JUAN SALAZAR-SOTO ) | Sections 1326(a) and (b)(2); and Title 6, |
| also known as ) | United States Code, Section 202(4) |
| "Tomas Villalobos-Gonzalez" and ) | |
| "Martin Perez-Garcia" ) | |

MAGISTRATE JUDGE SCHENKIER

The SPECIAL JUNE 2007 GRAND JURY charges:

On or about September 21, 2007, at Chicago, Illinois, in the Northern District of Illinois, Eastern Division,

JUAN SALAZAR-SOTO,
also known as "Tomas Villalobos-Gonzalez" and "Martin Perez-Garcia",

defendant herein, an alien who previously had been deported and removed from the United States on or about May 27, 2006, March 26, 1992, May 10, 1991, February 7, 1985, and August 15, 1984, was present and found in the United States without previously having obtained the express consent of the Secretary of the Department of Homeland Security for reapplication by defendant for admission into the United States;

In violation of Title 8, United States Code, Sections 1326(a) and (b)(2); and Title 6, United States Code, Section 202(4).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY