Minute Order Form (rev. 4/99)

JUDGE HIBBLER

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | MAGISTRATE JUDGE SCHENKIER | Sitting Judge if Other Than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 CR 0854 | DATE | JANUARY 17, 2008 |
| CASE TITLE | US v. JUAN SALAZAR-SOTO aka "Tomas Villalobos" & "Martin Perez-Garcia" | | |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd-party plaintiff, and (b) state briefly the nature of the motion being presented.)

### GRAND JURY PROCEEDING

The Grand Jury for the _____SPECIAL JUNE 2007_____ Session, a quorum being present, returns the above entitled indictment in open Court this date before

Judge or Magistrate Judge _____

Docket Entry:

**NO BOND SET, DETAINED BY MAGISTRATE.**

**RECEIVED**

JAN 17 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE
OR MAGISTRATE JUDGE _____   (ONLY IF FILED UNDER SEAL)

___ No notices required, advised in open court.
___ No notices required.
___ Notices mailed by judge's staff.
___ Notified counsel by telephone.
___ Docketing to mail notices.
___ Mail AO 450 form.
___ Copy to judge/magistrate judge.

Courtroom Deputy Initials

Date/time received in Central Clerk's office

Number of notices
Date docketed
Docketing dpty. initials
Date mailed notice
Mailing dpty. initials

DOCKET#