## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | William J. Hibbler | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 854 - 1 | **DATE** | 7/22/2008 |
| **CASE TITLE** | U.S.A. vs. SALAZAR-SOTO | | |

**DOCKET ENTRY TEXT**

Sentencing hearing held and concluded.

Notified counsel in open Court.

00:30

| | Courtroom Deputy Initials: | JHC |
|---|---|---|